[No. 11483-2-I.   Division One.   August 1, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. TED
J. MORRIS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-03366-7, George T. Mattson, J., entered

March 16, 1982. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham, A.C.J., and Scholfield, J.